MT. VERNON TRUST CO. et al. v. PENFIELD et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by the Mt. Vernon Trust Company and another, as trustees, etc., against James T. Pen-

field, individually and as trustee, etc., and others. No opinion. Motion denied. See, also, 151 N. Y. Supp. 1131.